UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1.

Order Filed on April 17, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
    Elizabeth H. Shea,

Debtor.

Case No.: 16-22060-JKS

Adv. No.:

Hearing Date: 4/13/2017 @ 11:00 a.m.

Judge: John K. Sherwood

# ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO APRIL 27, 2017

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 17, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Elizabeth H. Shea
Case No:  16-22060-JKS
Caption of Order:  ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO APRIL 27, 2017
_____

      This matter having been brought before the Court by Debtor Elizabeth H. Shea on shortenend time, Daniel Kohn, Esquire appearing, upon a motion to reimpose the automatic stay as to real property known as 47 Country Village Road, Jersey City, NJ 07305, and this Court having considered the representations of attorneys for Debtor and KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing, LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for HIS Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1, Denise Carlon appearing, and it appearing that notice of said motion was properly served upon all parties concerned, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property known as 47 Country Village Road, Jersey City, NJ 07305, is hereby temporarily REINSTATED through April 27, 2017; and

      It is further **ORDERED, ADJUDGED and DECREED** that hearing on the motion to reimpose the automatic stay as to the subject property is hereby adjourned to April 27, 2017.