| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Specialized Loan Servicing, LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1. | **Order Filed on April 17, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>　　　Elizabeth H. Shea,<br><br>Debtor. | Case No.: 16-22060-JKS<br><br>Adv. No.:<br><br>Hearing Date: 4/13/2017 @ 11:00 a.m.<br><br>Judge: John K. Sherwood |

# ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO APRIL 27, 2017

　　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 17, 2017**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable John K. Sherwood
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**(Page 2)**
Debtor:  Elizabeth H. Shea
Case No:  16-22060-JKS
Caption of Order:  ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO APRIL 27, 2017
_____

This matter having been brought before the Court by Debtor Elizabeth H. Shea on shortenend time, Daniel Kohn, Esquire appearing, upon a motion to reimpose the automatic stay as to real property known as 47 Country Village Road, Jersey City, NJ 07305, and this Court having considered the representations of attorneys for Debtor and KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing, LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for HIS Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1, Denise Carlon appearing, and it appearing that notice of said motion was properly served upon all parties concerned, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property known as 47 Country Village Road, Jersey City, NJ 07305, is hereby temporarily REINSTATED through April 27, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that hearing on the motion to reimpose the automatic stay as to the subject property is hereby adjourned to April 27, 2017.

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth H. Shea  
    Debtor

Case No. 16-22060-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 17, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.  
db          +Elizabeth H. Shea,    47 Country Village Road,    Jersey City, NJ 07305-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:
         Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1  bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         Daniel   Kohn    on behalf of Debtor Elizabeth H. Shea dkohn@rclawgroup.com
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 nj_ecf_notices@buckleymadole.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                                     TOTAL: 4