Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:  **Elizabeth H. Shea**

Debtor(s)

Case No.: **16-22060**
Judge: **JKS**
Chapter: **13**

## CHAPTER 13 PLAN AND MOTIONS - MODIFIED 7/26/17

☐ Original
☐ Motions Included
☑ Modified/Notice Required
☐ Modified/No Notice Required
☑ Discharge Sought
☐ No Discharge Sought

Date: **July 26, 2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor shall pay **25.00 Monthly*** to the Chapter 13 Trustee, starting on **June 1, 2016** for approximately **60** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ☑ Future Earnings
   ☐ Other sources of funding (describe source, amount and date when funds are available):

1

    c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____
- ☑ Loan modification with respect to mortgage encumbering property
  Description: **Debtor is in the process of pursuing loan modification / loss mitigation with SLS, has pending Motion For Participation in Loss Mitigation Program (Docket Doc. #40)**
  Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☑ Other information that may be important relating to the payment and length of plan: **Debtor is presently making post-petition adequate protection payments to Secured Creditor SLS, $2,528.62 per month.**

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ___ (creditor).

b. Adequate protection payments will be made in the amount of $ **2,528.62 per month** to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to **Secured Creditor, Specialized Loan Servicing/SLS** (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Internal Revenue Service** | **Taxes and certain other debts** | **9,550.00** |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in

Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
**Specialized Loan Servicing/SLS**

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **-NONE-** | | |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

____    Not less than $____ to be distributed *pro rata*

____    Not less than ___ percent

__X__   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **-NONE-** | | |

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
        1)    Trustee Commissions
        2)    **Other Administrative Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | | |
|---|---|---|
| 3) | Secured Claims | |
| 4) | Lease Arrearages | |
| 5) | Priority Claims | |
| 6) | General Unsecured Claims | |

**d. Post-petition claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**e. Other Provisions:**
*This plan is a step plan or has lumpsum payments as follows: $25.00 per month for 13 months, then $1,100.00 per month for 47 months

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: **June 22, 2016**.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **Per Court's Order Dated May 24, 2017.** | **Modified Plan fully provides for IRS secured claim, as well as SLS.** |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☑ Yes    ☐ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    **July 26, 2017**    /s/ Daniel Kohn
                             **Daniel Kohn**
                             Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    **July 26, 2017**    /s/ Elizabeth H. Shea
                              **Elizabeth H. Shea**
                              Debtor

Date:    _____    _____
                            Joint Debtor

5

United States Bankruptcy Court
District of New Jersey

In re:
Elizabeth H. Shea
    Debtor

Case No. 16-22060-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jul 27, 2017
                    Form ID: pdf901    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.

```
db             +Elizabeth H. Shea,    47 Country Village Road,    Jersey City, NJ 07305-1201
cr             +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516248717       Capital One Bank USA, NA,    Attn: Bankruptcy Dept.,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516248719      +Craner, Satkin, Scheer & Schwartz PC,    320 Park Avenue,    PO Box 367,
                 Scotch Plains, NJ 07076-0367
516269458      +DONALD LEICHTER MD FACC FAAP,    Craner Satkin Scheer Schwartz & Hanna, P,
                 320 Park Avenue, PO Box 367,    Scotch Plains, NJ 07076-0367
516467892      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516248721      +Dr. Donald A. Leichter, MD,    Attn. Billing Dept.,    47 Maple Street,    Suite 406,
                 Summit, NJ 07901-2571
516248725      +Hudson County Sheriff,    Sales & Foreclosure Dept.,    595 Newark Avenue,
                 Jersey City, NJ 07306-2394
516248726      +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul, MN 55164-0378
516389476      +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
516248728      +Midland Funding LLC,    C/O MCM, Inc.,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
516248729      +Ocwen,    Attention: Bankruptcy,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
516248730      +Phelan Hallinan & Diamond, PC,    Attn.: Mr. John D. Krohn,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516248732      +Pressler and Pressler,    Attn.: Mr. Ralph Gulko, Esq.,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516248733      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516248735      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516248739      +Wells Fargo Dealer Services,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
516248740      +Wells Fargo Home Mortgage,    dba Americas Servicing Co.,    1000 Blue Gentian Rd. #300,
                 Mac #X7801-02k,    Eagan, MN 55121-1786
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2017 23:31:00     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2017 23:30:58     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516248720      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 27 2017 23:32:38     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516248722      +E-mail/Text: bknotices@fenton-mcgarvey.com Jul 27 2017 23:30:28
                 Fenton McGarvey Law Firm, PSC,    Attn. Mr. Keith Golub,    2401 Stanley Gault Parkway,
                 Louisville, KY 40223-4175
516248727       E-mail/Text: cio.bncmail@irs.gov Jul 27 2017 23:30:38     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
516400314       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2017 23:32:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516248731       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 23:32:18
                 Portfolio Recovery Associates, LLC,    Attn. Ms. Sheena Daneshyar,    120 Corporate Boulevard,
                 Norfolk, VA 23502-4952
516470335       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2017 23:32:16
                 Pinnacle Credit Services LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
516301890       E-mail/Text: bnc-quantum@quantum3group.com Jul 27 2017 23:30:53
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
516248734      +E-mail/Text: bankruptcy@sw-credit.com Jul 27 2017 23:31:01     Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
516455722      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 23:38:26     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516248736      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 23:38:32     Synchrony Bank/Banana Republic,
                 Po Box 965064,    Orlando, FL 32896-5064
516248737      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 23:38:26     Synchrony Bank/Gap,
                 Po Box 965064,    Orlando, FL 32896-5064
516248738      +E-mail/Text: bankruptcy@usalliance.org Jul 27 2017 23:31:37     Unistar Fed Credit Union,
                 Attn. Billing Dept.,    303 Broadway,    Suite # 126,    Tarrytown, NY 10591-5420
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516248718*      Capital One Bank USA, NA,    Attn: Bankruptcy Dept.,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516248723*     +Fenton McGarvey Law Firm, PSC,    Attn. Mr. Keith Golub,    2401 Stanley Gault Parkway,
                 Louisville, KY 40223-4175
516248724*     +Fenton McGarvey Law Firm, PSC,    Attn. Mr. Keith Golub,    2401 Stanley Gault Parkway,
                 Louisville, KY 40223-4175
                                                                                   TOTALS: 0, * 3, ## 0
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2017
                               Form ID: pdf901          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:

      Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Daniel   Kohn    on behalf of Debtor Elizabeth H. Shea dkohn@rclawgroup.com
      Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 nj_ecf_notices@buckleymadole.com
      Marie-Ann   Greenberg    magecf@magtrustee.com

TOTAL: 5