| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** |
| IN RE:<br>   ELIZABETH H. SHEA |

Order Filed on August 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-22060 JKS

Hearing Date:  8/24/2017

Judge:  JOHN K. SHERWOOD

Debtor is Entitled To Discharge

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: August 25, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 16-22060 JKS

Caption of Order:  ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 7/26/2017, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 7/1/2016, the Debtor shall pay the Standing Trustee

    the sum of $25.00 for a period of 13 month(s), and then

    the sum of $1,100.00 for a period of 47 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that Debtor must complete Loan Modification 47 Country Village Road by 10/25/2017 or as extended through the courts Loss Mitigation Program. If loan modification not completed case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that mortgage arrears are to be paid outside the plan through Loan Modification; and it is further

- ORDERED, that should the Debtor fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-receipt of Payment and request that the Debtors case be dismissed. The Debtor shall have fourteen (14) days from the date of the filing of the Certification to file with the Court and serve upon the Trustee a written objection to such Certification; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-22060-JKS
Elizabeth H. Shea                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 28, 2017
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2017.
db         +Elizabeth H. Shea,   47 Country Village Road,   Jersey City, NJ 07305-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2017 at the address(es) listed below:
        Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Daniel   Kohn    on behalf of Debtor Elizabeth H. Shea dkohn@rclawgroup.com
        Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
       Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1,
       Mortgage Pass-Through Certificates, Series 2006-HE1 dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
       for Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1,
       Mortgage Pass-Through Certificates, Series 2006-HE1 nj_ecf_notices@buckleymadole.com
        Marie-Ann   Greenberg    magecf@magtrustee.com
                                                                                                        TOTAL: 5