# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Elizabeth H. Shea | Case No.: 16-22060 |
| | Hearing Date: 12/14/2017 |
| | Chapter: 13 |
| | Judge: John K. Sherwood |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __John K. Sherwood__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Application for Extension of Loss Mitigation filed by Trustee

**Location of Hearing:** Courtroom No. 3D
US Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** 12/14/2017 at 11:00am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 10/30/2017

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 10/30, 20 17 this notice was served on the following: Debtor, Counsel for Debtor, Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-22060-JKS
Elizabeth H. Shea                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 1         Date Rcvd: Oct 30, 2017
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
db           +Elizabeth H. Shea,    47 Country Village Road,    Jersey City, NJ 07305-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Daniel   Kohn    on behalf of Debtor Elizabeth H. Shea dkohn@rclawgroup.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
               Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1,
               Mortgage Pass-Through Certificates, Series 2006-HE1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1,
               Mortgage Pass-Through Certificates, Series 2006-HE1 nj_ecf_notices@buckleymadole.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 5