| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>RC Law Group, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>(201) 282-6500<br>dkohn@rclawgroup.com<br>Attorneys for Debtor | Order Filed on October 30, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Elizabeth H. Shea | Case No.:     16-22060<br>Chapter:     13<br>Judge:     JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 30, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____July 31, 2017_____ :

Property:    47 Country Village Road Jersey City, NJ 07305

Creditor:    Specialized Loan Servicing LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/26/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-22060-JKS
Elizabeth H. Shea                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 30, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
db            +Elizabeth H. Shea,    47 Country Village Road,    Jersey City, NJ 07305-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Daniel   Kohn    on behalf of Debtor Elizabeth H. Shea dkohn@rclawgroup.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
               Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1,
               Mortgage Pass-Through Certificates, Series 2006-HE1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1,
               Mortgage Pass-Through Certificates, Series 2006-HE1 nj_ecf_notices@buckleymadole.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 5