Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 16−22060−JKS  
Chapter: 13  
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth H. Shea
   aka Lisa H. Shea, aka Lisa H. Martinez
   47 Country Village Road
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−9347

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/22/18 at 09:00 AM

to consider and act upon the following:

*63* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/9/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*66* − Objection to (related document:63 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/9/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Daniel Kohn on behalf of Elizabeth H. Shea. (Attachments: # 1 Certificate of Service) (Kohn, Daniel)

Dated: 2/9/18

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-22060-JKS
Elizabeth H. Shea                                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 09, 2018
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db             +Elizabeth H. Shea,    47 Country Village Road,    Jersey City, NJ 07305-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              Brian C. Nicholas     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Daniel   Kohn     on behalf of Debtor Elizabeth H. Shea dkohn@rclawgroup.com
              Denise E. Carlon     on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
               Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1,
               Mortgage Pass-Through Certificates, Series 2006-HE1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure     on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1,
               Mortgage Pass-Through Certificates, Series 2006-HE1 nj_ecf_notices@buckleymadole.com,
               NJ_ECF_Notices@McCalla.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 5