UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

RC Law Group, PLLC
285 Passaic Street
Hackensack, NJ 07601
(201) 282-6500
dkohn@rclawgroup.com
Attorneys for Debtor

Order Filed on February 19, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Elizabeth H. Shea

Case No.: 16-22060

Chapter: 13

Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 19, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___October 30, 2017___ :

Property:    47 Country Village Road Jersey City, NJ 07305

Creditor:    Specialized Loan Servicing LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____4/30/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2