Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–22060–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elizabeth H. Shea
aka Lisa H. Shea, aka Lisa H. Martinez
47 Country Village Road
Jersey City, NJ 07305

Social Security No.:
    xxx–xx–9347

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/26/18 at 11:00 AM

to consider and act upon the following:

*71* – Motion to Approve Loan Modification with Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006–HE1, Mortgage Pass–Through Certificates, Series 2006–HE1, serviced by Specialized Loan Servicing LLC. Filed by Daniel Kohn on behalf of Elizabeth H. Shea. Objection deadline is 04/2/2018. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification of Debtor in Support of Motion # 3 Exhibit A – Modification Agreement # 4 Proposed Order # 5 Certificate of Service) (Kohn, Daniel)

*72* – Objection to Motion to Approve Loan Modification (related document:71 Motion to Approve Loan Modification with Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006–HE1, Mortgage Pass–Through Certificates, Series 2006–HE1, serviced by Specialized Loan Servicing LLC. Filed by Daniel Kohn on behalf of Elizabeth H. Shea. Objection deadline is 04/2/2018. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification of Debtor in Support of Motion # 3 Exhibit A – Modification Agreement # 4 Proposed Order # 5 Certificate of Service) filed by Debtor Elizabeth H. Shea) filed by Marie–Ann Greenberg on behalf of Marie–Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie–Ann)

Dated: 3/23/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court