Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−22060−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Elizabeth H. Shea
    aka Lisa H. Shea, aka Lisa H. Martinez
    47 Country Village Road
    Jersey City, NJ 07305

Social Security No.:
    xxx−xx−9347

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/26/18 at 11:00 AM

to consider and act upon the following:

*71* − Motion to Approve Loan Modification with Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006−HE1, Mortgage Pass−Through Certificates, Series 2006−HE1, serviced by Specialized Loan Servicing LLC. Filed by Daniel Kohn on behalf of Elizabeth H. Shea. Objection deadline is 04/2/2018. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification of Debtor in Support of Motion # 3 Exhibit A − Modification Agreement # 4 Proposed Order # 5 Certificate of Service) (Kohn, Daniel)

*72* − Objection to Motion to Approve Loan Modification (related document:71 Motion to Approve Loan Modification with Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006−HE1, Mortgage Pass−Through Certificates, Series 2006−HE1, serviced by Specialized Loan Servicing LLC. Filed by Daniel Kohn on behalf of Elizabeth H. Shea. Objection deadline is 04/2/2018. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification of Debtor in Support of Motion # 3 Exhibit A − Modification Agreement # 4 Proposed Order # 5 Certificate of Service) filed by Debtor Elizabeth H. Shea) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 3/23/18

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth H. Shea  
    Debtor

Case No. 16-22060-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 23, 2018  
                    Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.  
db        +Elizabeth H. Shea,   47 Country Village Road,   Jersey City, NJ 07305-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:

        Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Daniel Kohn    on behalf of Debtor Elizabeth H. Shea dkohn@rclawgroup.com  
        Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
                                                                                                               TOTAL: 5